74,699-05

To: Court of Criminal Appeals of Texas Clerk

    P.O.BOX 12308

    Capitol Station

    Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

From:Johnny Q.CClawson, Jr.1578431

    Terrell 1300FM655

    Rosharon,Tx. 77583

Re: copies of records in WR-74,699-05

    Dear Abel Acosto, Clerk

        Could you please tell me how much it will cost me to get a copy of all
    documents which were filed in the above styled and numbered cause by th 6th
    District Court Clerk of Lamar County.

        Thank you for your valuable time and effort as I await your reply.

                                    Sincerly Your,

                                    Johnny Q.Clawson Jr.
                                    Johnny Q. Clawson, Jr.